UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL MURRAY,

                Plaintiff,

-against-

18 CIVIL 442 (NSR)

**JUDGMENT**

ORANGE COUNTY, CORRECT CARE
SOLUTIONS, and DR. SORREL FELDMAN,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2020, Defendants' motion to dismiss the SAC pursuant to Rule 12(b)(6) is GRANTED. Given that this is Plaintiff's third pleading, the dismissal is with prejudice.

**Dated:** New York, New York

       June 24, 2020

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk